

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00051-CV

**S.A. HONEY DO-HUSBANDS, INC.** d/b/a Shaw Company Remodeling,
Appellant

v.

William **NISIEWICZ**, and Melissa Nisiewicz,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CI08102
Honorable Cynthia Marie Chapa, Judge Presiding

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
              Lori Massey Brissette, Justice
              Adrian A. Spears II, Justice

Delivered and Filed: June 18, 2025

AGREED MOTION GRANTED; APPEAL DISMISSED

The parties have filed an agreed motion stating they reached an agreement to settle their dispute. In their agreed motion, the parties ask us to set aside the trial court's October 25, 2024 judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with their settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

We grant the parties' agreed motion, set aside the trial court's judgment without regard to the merits, remand the case to the trial court for rendition of judgment in accordance with the

parties' settlement agreement, and dismiss the appeal. *See id.*; *see also id.* R. 43.2(d), (f). In accordance with the parties' agreement, we order each party to pay the costs they incurred. *See id.* R. 42.1(d).

PER CURIAM